IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES E. SCHWARTZ**<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-0113 |
| v. | : | |
| | : | |
| **ONEWEST BANK, FSB**<br>*Defendant* | : | |
| | : | |

# O R D E R

**AND NOW,** this 13th day of November 2013, upon consideration of Defendant's *Motion to Dismiss First Amended Complaint* [ECF 10], Plaintiff's *Answer to Motion to Dismiss First Amended Complaint* [ECF13], and the allegations contained in the *First Amended Complaint* [ECF 7], it is hereby **ORDERED** that Defendant's motion with respect to Counts III through VIII of the First Amended Complaint is **GRANTED,** and Counts III through VIII are hereby **DISMISSED.**

A memorandum opinion setting forth the reasons for this Order is filed herewith.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.